UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
MIGUEL SARMIENTO,

        Plaintiff,                              CIVIL ACTION NO.: 08-CV-2897 (WHP)

 -against-

                                                    **NOTICE OF APPEARANCE**

ASSOCIATED PRESS TELEVISION, NEWS,
also known as The Associated Press,

        Defendant.
-------------------------------------------------------------X

        **PLEASE TAKE NOTICE**, that the undersigned hereby appears as attorney for the plaintiff in this action.

    Dated:        May 6, 2008

                                                LAW OFFICES OF MARC A. RAPAPORT

                                               By:   /s/ Marc A. Rapaport
                                           Marc A. Rapaport, Esq. [MR 5775]
                                           350 Fifth Avenue, Suite 4400
                                           New York, New York 10118
                                           (212) 382-1600

To:      Sean H. Close, Esq.
          Putney, Twombly, Hall & Hirson LLP
          521 Fifth Avenue
          New York, NY 10175
          (212) 682-0020
          *Attorneys for Defendant*