UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MIGUEL SARMIENTO,

                                                               Docket No.: 08 CV 2897 (WHP)

             Plaintiff,

  -against-

ASSOCIATED PRESS TELEVISION
NEWS, INC., d/b/a THE ASSOCIATED
PRESS,

                                                                NOTICE OF APPEARANCE

            Defendants.
-----------------------------------------------------------x

        **PLEASE TAKE NOTICE,** That Sean Close, Esq., a partner of Putney, Twombly, Hall & Hirson LLP, being duly admitted to practice before this court hereby enters an appearance for the Defendants, Associated Press Television News, Inc., d/b/a The Associated Press, in the above entitled action and requests that a copy of all papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
        May 7, 2008

                                                  By: _____/s/ SC_____
                                                      Sean Close, Esq. (SC 7429)
                                                      PUTNEY, TWOMBLY, HALL & HIRSON LLP
                                                      *Attorneys for Defendants*
                                                      521 Fifth Avenue
                                                      New York, New York  10175
                                                      (212) 682-0020