

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MIGUEL SARMIENTO,

          Plaintiff,

v.

ASSOCIATED PRESS TELEVISION
NEWS, INC. d/b/a
THE ASSOCIATED PRESS,

          Defendants.
-------------------------------------------------------------x

Case No. 08 CV 2897 (WHP)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that the time for the defendant, The Associated Press, to answer, move or otherwise respond to the Complaint is hereby adjourned to May 21, 2008.

Dated: New York, New York
       May 7, 2008

LAW OFFICE OF MARC A. RAPAPORT
Attorneys for Plaintiff

By: _____
Marc A. Rapaport (MR-5775)
350 Fifth Avenue, Suite 4400
New York, New York 10118
(212) 382-1600

PUTNEY, TWOMBLY, HALL & HIRSON LLP
Attorneys for Defendants

By: _____
Sean H. Close (SC 7429)
521 Fifth Avenue
New York, New York 10175
(212) 682-0020

SO ORDERED
Dated: May     2008

_____
William H. Pauley
United States District Judge