```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
MIGUEL SARMIENTO                                     :

              Plaintiff,            :      08 Civ. 2897 (WHP)

       -against-                                  :      SCHEDULING ORDER NO. 1

ASSOCIATED PRESS TELEVISION, NEWS,   :
also known as The Associated Press,
                                                :
              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

       Counsel for the parties having appeared for a conference on June 27, 2008, the following schedule is established on consent:

1. All discovery shall be completed by January 30, 2009;

2. The parties shall submit a joint pre-trial order in accordance with this Court's individual practices by February 27, 2009; and

3. This Court will hold a final pre-trial conference on March 6, 2009 at 10:30 a.m.

Dated:    July 8, 2008
            New York, New York

                                         SO ORDERED:

                                         _____
                                         WILLIAM H. PAULEY III
                                                 U.S.D.J.

*Counsel of Record:*

Marc A. Rapaport, Esq.,
350 Fifth Avenue
Suite 4400
New York, NY 10118
*Counsel for Plaintiff*

Sean H. Close, Esq.
Putney Twombly Hall & Hirson LLP
521 Fifth Avenue
New York, NY 10175
*Counsel for Defendant*