UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

MIGUEL SARMIENTO,

                Plaintiff,      :      08 Civ. 2897 (WHP)

      -against-         :      **ORDER REFERRING CASE**
                                :      <u>TO MAGISTRATE JUDGE</u>

ASSOCIATED PRESS TELEVISION,
NEWS, also known as The Associated
Press,

                Defendant.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

| | | | |
|---|---|---|---|
| ____ | General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositve Motion/Dispute* | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | _____ _____ | | Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ | Habeas Corpus |
| __X__ | Settlement* | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion:____ _____ |
| | | | _____ All such motions: ____ |

===================================================

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:  July 8, 2008
        New York, New York

                              _____
                              UNITED STATES DISTRICT JUDGE
                              WILLIAM H. PAULEY III

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/10/08

*Counsel of Record:*

Marc A. Rapaport, Esq.,
350 Fifth Avenue
Suite 4400
New York, NY 10118
*Counsel for Plaintiff*

Sean H. Close, Esq.
Putney Twombly Hall & Hirson LLP
521 Fifth Avenue
New York, NY 10175
*Counsel for Defendant*

*Copies mailed to:*
Hon. Debra C. Freeman