```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X
MIGUEL SARMIENTO                                  :

                Plaintiff,        :        08 Civ. 2897 (WHP)

      -against-                            :        <u>ORDER</u>

ASSOCIATED PRESS TELEVISION, NEWS,    :
also known as The Associated Press,
                                  :
                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        The Clerk of the Court is directed to designate this case as an ECF case.

Dated:    July 8, 2008
             New York, New York

                                             SO ORDERED:

                                             WILLIAM H. PAULEY III
                                                   U.S.D.J.

*Counsel of Record:*

Marc A. Rapaport, Esq.,
350 Fifth Avenue
Suite 4400
New York, NY 10118
*Counsel for Plaintiff*

Sean H. Close, Esq.
Putney Twombly Hall & Hirson LLP
521 Fifth Avenue
New York, NY 10175
*Counsel for Defendant*