ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
MIGUEL SARMIENTO,

                Plaintiff,

                v.

ASSOCIATED PRESS TELEVISION
NEWS, INC. d/b/a
THE ASSOCIATED PRESS,

                Defendants.
-------------------------------------------------------x

Case No. 08 CV 2897 (WHP)

ORDER TO SHOW CAUSE FOR
**LEAVE TO WITHDRAW AS ATTORNEY**

      Upon the affidavit of Marc A. Rapaport, sworn to on the 7th day of August, 2008, it is :

      **ORDERED** on this date that the above-named defendant and plaintiff show cause before the Honorable William H. Pauley III, at Courtroom 11D, United States Courthouse, 500 Pearl Street, New York, New York 10007, on August 22, 2008, at 10:15 o'clock in the morning thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Local Civil Rule 1.4, granting Plaintiff's counsel leave to withdraw as attorney for Plaintiff; and it is further

      **ORDERED** that sufficient cause appearing therefore, pending a hearing and determination of this application, all proceedings in this matter are stayed; and it is further

      **ORDERED** that service via overnight courier, of a copy of this order and the annexed affidavit upon Defendant's counsel, and upon Plaintiff, shall be deemed good and sufficient service thereof; and it is further

*[Handwritten: Ordered that Plaintiff to appear personally in Courtroom 11D on August 22, 2008 at 10:15 am.]*

**ORDERED**, that all affidavits and memoranda and other papers in opposition to this application shall be served and filed on or before *August 21*, 2008.

Dated:   August *14*, 2008
         New York, New York

                                        _____
                                        William H. Pauley, III, U.S.D.J.