USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/27/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
MIGUEL SARMIENTO             :

              Plaintiff,    :     08 Civ. 2897 (WHP)

            -against-        :     ORDER

ASSOCIATED PRESS TELEVISION, NEWS,   :
also known as The Associated Press,

                            :

             Defendant.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

       Counsel for the parties and Plaintiff having appeared for an order to show cause hearing on August 22, 2008, the Court directs the following:

1. Counsel for Plaintiff shall submit ex-parte to the Court and Plaintiff by August 29, 2008 a statement explaining his disagreement with Plaintiff regarding this case;

2. Plaintiff shall submit any response to the Court and his counsel by September 8, 2008; and

3. Counsel for Plaintiff shall serve Plaintiff with a copy of this order.

Dated:    August 22, 2008
             New York, New York

                                                   SO ORDERED:

                                              WILLIAM H. PAULEY III
                                                     U.S.D.J.

*Counsel of Record:*

Marc A. Rapaport, Esq.,
350 Fifth Avenue
Suite 4400
New York, NY 10118
*Counsel for Plaintiff*

Sean H. Close, Esq.
Putney Twombly Hall & Hirson LLP
521 Fifth Avenue
New York, NY 10175
*Counsel for Defendant*