UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
40 FOLEY SQUARE
NEW YORK, NEW YORK 10007-1581



CHAMBERS OF
DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

August 11, 2008

Marc A. Rapaport, Esq.
350 Fifth Avenue
Suite 4400
New York, NY 10118

Sean H. Close, Esq.
Putney Twombly Hall & Hirson LLP
521 Fifth Avenue
New York, NY 10175

      Re:    *Samiento v. Associated Press*
             No. 08 Civ. 02897 (WHP) (DF)

Dear Counsel:

      This case has been referred to me by Judge Pauley for the purpose of settlement.

      So that I may have a preliminary understanding of where the parties stand, I have scheduled a telephone conference on <u>September 10, 2008 at 3:00 p.m.</u>  Counsel should arrange to initiate the call jointly to my chambers; the main number is (212) 805-4250.

      Please have some serious settlement discussions between counsel <u>prior to that call</u>.  I will expect you to address the status of those discussions on the call. Please understand that I will not schedule an in-person settlement conference until counsel can represent that they have engaged in earnerst discussions on their own and, although they are interested in resolving the matter, they have been unable to do so without the Curt's direct involvement.

                                                Very truly yours,

                                                Debra Freeman
                                                United States Magistrate Judge